UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.

**JILL VARRICHIO,**

   **Plaintiff,**

v.

**ABSOLUTELY HAVEN, LLC,** a
Florida Limited Liability Company,

   **Defendant.**

_____

### DEFENDANT'S NOTICE OF REMOVAL

Defendant Absolutely Haven, LLC ("Absolutely Haven" or "Defendant"), by and through its undersigned counsel and pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, hereby gives notice of the removal of this action to this Court from the Circuit Court of the Seventeenth Judicial Circuit, in and for Broward County, Florida.

**I. PROCEDURAL ALLEGATIONS**

1. On March 18, 2019, plaintiff Jill Varrichio ("Plaintiff") commenced this action by filing a Complaint against Absolutely Haven in the Circuit Court of the Seventeenth Judicial Circuit, in and for Broward County, Florida, styled *Jill Varrichio v. Absolutely Haven, LLC,* and designated as Case No. CACE-19-005912 (the "State Court Action").

2. On April 8, 2019, Plaintiff served Absolutely Haven with a Summons and copy of Plaintiff's Complaint. This Notice of Removal is therefore timely filed within 30 days of Defendant's receipt of the Complaint as required by 28 U.S.C. § 1446(b). A copy of the

Summons Personal Service on a Corporation is attached hereto as **Exhibit A.**[1]

3. Copies of all process, pleadings, orders, and other papers or exhibits on file in the State Court Action, including those that were served upon Defendant, are attached hereto as **Exhibit B**.

4. The District and Division embracing the place where the State Court Action is pending is the United States District Court for the Southern District of Florida, Fort Lauderdale Division. *See* 28 U.S.C. §§ 89, 1441(a).

II. **FEDERAL QUESTION JURISDICTION**

5. Plaintiff's Complaint alleges that Absolutely Haven violated the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"). Because the Complaint raises a federal question, this Court has original jurisdiction over this action under 28 U.S.C. § 1331, and Defendant may remove this case to this Court pursuant to 28 U.S.C. § 1441(a).

6. Plaintiff's Complaint does not contain any state law claims over which it would be necessary for this Court to exercise supplemental jurisdiction.

III. **NOTICE REQUIREMENTS**

7. In accordance with 28 U.S.C. § 1446(d), Defendant will promptly provide written notice to Plaintiff of the removal of this action and file a copy of this Notice of Removal in the Circuit Court of the Seventeenth Judicial Circuit, in and for Broward County, Florida.

8. The required filing fee of $400.00 and an executed civil cover sheet accompany this Notice of Removal.

---

[1] Although the Summons Personal Service on a Corporation indicates Plaintiff intended to serve Defendant's registered agent at 1555 Palm Beach Lakes Blvd. Suite 404, West Palm Beach, Florida, 3401, Plaintiff served Defendant's Office Manager, at 7100 West Camino Real, Suite 302-47, Boca Raton, Florida 33433.

IV.     **CONCLUSION**

WHEREFORE, Defendant respectfully removes this action to this Court from the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida.

Dated:  May 7, 2019.

             Respectfully submitted,

             LITTLER MENDELSON, P.C.
             111 North Magnolia Avenue, Suite 1250
             Orlando, Florida 32801
             Telephone:   (407) 393-2900
             Facsimile:    (407) 393-2929

By:     */s/ Theresa M. Waugh*
    Theresa M. Waugh
    Florida Bar No. 89593
    Email: twaugh@littler.com

    LITTLER MENDELSON, P.C.
    3344 Peachtree Road N.E., Suite 1500
    Atlanta, GA 30326.4803
    Telephone:   (404) 233-0330
    Facsimile:    (404) 233-2361

    Angelo Spinola*
    Georgia Bar No. 672191
    Email: aspinola@littler.com

    *\* Pro Hac Vice Application to be submitted*

    Rachel Werner*
    Georgia Bar No. 321099
    Email: rwerner@littler.com

    *\* Pro Hac Vice Application to be submitted*

    Attorneys for Defendant

## SERVICE LIST
## JILL VARRICHIO v. ABSOLUTELY HAVEN, LLC

**ATTORNEYS FOR PLAINTIFF**

Noah E. Storch
Florida Bar No. 0085476
Email: noah@floridaovertimelawyer.com

Rich D. Guadagnolo
Florida Bar No. 109104
Email: rich@floridaovertimelawyer.com

RICHARD CELLER LEGAL, P.A.
10368 W. State Road 84, Suite 103
Davie, FL  33324
Telephone:   (866) 344-9243
Facsimile:   (954) 337-2771

**ATTORNEYS FOR DEFENDANT**

Theresa M. Waugh
Florida Bar No. 89593
Email: twaugh@littler.com

LITTLER MENDELSON, P.C.
111 N. Magnolia Avenue, Suite 1250
Orlando, Florida 32801-2366
Telephone:   (407) 393-2900
Facsimile:   (407) 393-2929

Angelo Spinola*
Georgia Bar No. 672191
Email: aspinola@littler.com
*Pro Hac Vice Application to be submitted*

Rachel Werner*
Georgia Bar No. 321099
Email: rwerner@littler.com
*Pro Hac Vice Application to be submitted*

LITTLER MENDELSON, P.C.
3344 Peachtree Road N.E., Suite 1500
Atlanta, GA 30326-4803
Telephone:   (404) 233-0330
Facsimile:   (404) 233-2361